UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANDREW BERNALL JONES,

    Petitioner,

v.                                       Case No. 1:25-cv-208-TKW-HTC

RICKY D. DIXON,

    Respondent.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 11). No objections were filed.

Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees with the magistrate judge's determination that this case should be dismissed because the §2254 petition was not timely filed and Petitioner is not entitled to equitable tolling. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Respondent's motion to dismiss (Doc. 8) is GRANTED, and Petitioner's §2254 petition is DISMISSED with prejudice as untimely.

3. A certificate of appealability is DENIED.

4. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 12th day of January, 2026.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**